UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| VISION CENTER NORTHWEST, INC. d/b/a VISION VALUES BY DR.TAVEL,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>VISION VALUE, LLC  )<br>)<br>Defendant.  ) | Case No. 3:07-cv-0183-RLM-CAN |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT'S TO SERVE EXPERTS REPORTS, AND TO COMPLETE DISCOVERY**

Defendant, Vision Value, LLC ("Vision Value"), hereby moves to extend deadlines in this case as follows:

| Deadline | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendant to disclose experts | 9/1/08 | 10/1/08 |
| Close of Discovery | 9/2/08 | 10/2/08 |

Plaintiff's counsel has advised the undersigned that it does not oppose this motion.

1

WHEREFORE, Defendant respectfully prays that the court extend the foregoing deadlines as requested above.

Respectfully submitted,

By:   s/Paul B. Overhauser
Paul B. Overhauser
Overhauser Law Offices, LLC
737 W. Green Meadows Drive, Suite 300
Greenfield, IN  46140
(317) 891-1500
Fax: (866) 283-8549
poverhauser@overhauser.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being filed electronically, and notice hereof will automatically be sent to all counsel of record that participate in electronic filing, by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.  In addition, if any attorneys are not participating in electronic filing, they have been mailed via first class mail postage notice hereof on the date this document is being electronically filed.

By:___s/Paul B. Overhauser
Paul B. Overhauser